**Exhibit "4"**
**Stipulation of Dismissal**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ET AL.,** <br><br> **Plaintiffs,** <br><br> -against- <br><br> **MEDICA MENTE SUPPLY CORP., ET AL.,** <br><br> **Defendants.** | **24-cv- 1867 (AMD)(SJB)** <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO MEDICA MENTE SUPPLY CORP. AND ILYA GONTA.** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company (collectively "Plaintiffs"), on the one hand, and Medica Mente Supply Corp. and Ilya Gonta ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~July ___, 2024~~
August 2, 2024

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company*

**DAVID R. DARVISH, P.C.**

By: _____
David R. Darvish, Esq.
505 Northern Boulevard, Suite 210
Great Neck, New York 11021
*Counsel for Medica Mente Supply Corp. and Ilya Gonta*

**S O  O R D E R E D**

_____
Ann M. Donnelly, U.S.D.J.

Dated: _____, 2024

2